IN THE UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA CHATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. |
| | ) 1:05-CV-3217-WSD |
| WELLSTAR HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.3A of the Rules of the Northern District of Georgia, the parties, by their undersigned counsel, hereby jointly submit their Certificate of Interested Persons and state as follows:

1.

The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties to this action:

**Plaintiff:** Felicia Chatman; and

**Defendant:** WellStar Health System, Inc.

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent

corporation) having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

**For Plaintiff:** None.

**For Defendant:** None.

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**  John D. Wales and other attorneys of the Law Offices of John D. Wales.

**For Defendant**: Charles L. Bachman, Jr., and other attorneys of Seyfarth Shaw LLP.

This 27th day of March, 2006.

<u>**s/ John D. Wales, Esq.**</u>
Georgia Bar No. 730785
Attorney for Plaintiff
LAW OFFICES OF JOHN D. WALES
1950 Spectrum Circle, Suite 400
Marietta, Georgia 30067
Telephone:  (770) 850-2545
Facsimile: (770) 850-2548
Email: <u>JohnDWales@aol.com</u>

[SIGNATURES CONTINUE ON NEXT PAGE]

**s/ Barbara M. Heyne, Esq.**
Georgia Bar No. 350415
Attorney for Plaintiff
LAW OFFICES OF JOHN D. WALES
1950 Spectrum Circle, Suite 400
Marietta, Georgia 30067
Telephone: (770) 850-2545
Facsimile: (770) 850-2548
Email: BarbaraMHeyne@aol.com

WellStar Health System, Inc.

By: **s/ Charles L. Bachman, Jr.**
John F. Meyers
Georgia Bar No. 503692
Charles L. Bachman, Jr.
Georgia Bar No. 030545
Maile Gilmore
Georgia Bar No. 300451
SEYFARTH SHAW LLP
1545 Peachtree Street - Suite 700
Atlanta, GA 30309-2401
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

**Attorneys for Defendant**